```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-22168-CIV-MOORE
                              MAGISTRATE JUDGE P.A. WHITE
```

LARRY SPELLS,

    Plaintiff,

v.                                  REPORT RE TRANSFER
                                    TO CORRECT VENUE
SECRETARY DOC, et al.,

    Defendant(s).

Larry Spells, a state prisoner, has filed a <u>pro se</u> civil rights complaint alleging claims which arose out of conditions or events at Hendry Correctional Institution, an institution located in Hendry County, in the Middle District of Florida. The plaintiff claims that the Warden at Hendry Correctional Institution permitted a real estate agent to visit him at the institution without permission. The gravamen of the complaint is that he has been unlawfully deprived of his inheritance. The plaintiff is a multiple filer, who has filed the following cases related to this issue, all of which have been dismissed for failure to state a claim.[1]

    1. <u>Spells v Spells</u>
       08-60448-Civ-Cooke
       Dismissed 5/16/08
       1915(e)(2)(B)(ii)

---

[1] The plaintiff may now be barred in the Middle District from proceeding in forma pauperis pursuant to 28 U.S.C. 1915(g).

   2. <u>Spells v Donley</u>
      08-60450-Civ-Marra
      dismissed 5/12/08
      1915(e)(2)(B)(ii)

   3. <u>Spells v Baptiste</u>
      08-60452-Civ-Cooke
      Dismissed 5/16/08
      1915(e)(2)(B)(ii)

   4. <u>Spells v Mitchell</u>
      08-60453-Civ-Zloch
      Dismissed 4/30/08
      1915(e)92)(B)(ii)


     The plaintiff is confined in the Middle District of Florida, and the events alleged occurred in the Middle District of Florida. The appropriate venue provision in this case is 28 U.S.C. §1391(b). <u>Clark v. Harp</u>, 737 F.Supp. 676 (D. D.C. 1990); <u>Harley v. Oliver</u>, 400 F.Supp. 105 (W.D. Ark. 1975).  That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated.

     This case has no connection with the Southern District of Florida, and it is therefore recommended that the Clerk be directed

to transfer it to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §1406(a).

Dated this 7th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Lucy Lara, Court Assignments Clerk

Larry Spells, <u>Pro Se</u>
Hendry CI
Address of Record